EMMA LAUTE AND MARY A. WHITE, APPELLANTS, v. GRACE THURBER GEARHART, GUARDIAN, ETC., RESPONDENT.

Argued October 26, 1933—Decided February 2, 1934.

For the appellant, *Samuel T. French* and *Harvey F. Carr*.

For the respondent, *Robert Bright, Allen S. Morgan* and *S. Rusling Leap*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of Judge Eldredge in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.